No. 911. DAVANT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Motion for leave to file supplement to· petition granted. Certiorari denied. *Homer L. Bruce* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Pugh* and *Harry Baum* for respondent.

No. 1128. WARDEN, MARYLAND PENITENTIARY *v.* SMALLWOOD. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion to strike appendix "C" to petition denied. Certiorari denied. *Francis B. Burch,* Attorney General of Maryland, and *Fred Oken,* Assistant Attorney General, for petitioner.

No. 136, Misc. BROWN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondents.

No. 1288, Misc. MCCLELLAN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se. Harry Friberg* for respondent.

No. 1304, Misc. MCKINNEY *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1027, Misc. BASHLOR *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.